10 C 6666
Judge John W. Darrah
Magistrate Judge Morton Denlow

FILED
OCT - 8 2010 aew
10-8-10
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: ① 02C4690 ② 04C5079 ③ 04C6596, ④ 04C8165, ⑤ 05C5844, ⑥ 05C6101, ⑦ 06C2944, ⑧ 06C6974.

B. Approximate date of filing lawsuit: ① 7/1/02, ② 8/2/04, ③ 10/13/04, ④ 12/17/04, ⑤ 10/11/05, ⑥ 10/21/05, ⑦ 5/24/06, ⑧ 12/18/06.

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Ronald Harris, can't recall other plaintiff in some of the other cases.

D. List all defendants: can't recall all defendants (case type) ① 555, ② 520, ③ 550, ④ 520, ⑤ 555, ⑥ 555, ⑦ 555, ⑧ 555.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court for the Northern District of Illinois.

F. Name of judge to whom case was assigned: ① 7/1/02 = Darrah, ② 04C5079 = Guzman, ③ 04C6596 = Norgle, ④ 04C8165 = Gottschall/Ashman, ⑤ 05C5844, ⑥ 05C6101, ⑦ 06C2944, 06C6974 all Darrah/Denlow.

G. Basic claim made: don't have access to legal box, and can't re-call basis of claims made.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ① settled, ② settled, ③ settled, ④ settled, ⑤ settled, ⑥ no-strike-settled, ⑦ settled, ⑧ no-strike-exhaustion.

I. Approximate date of disposition: All cases have been concluded.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**