# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ronald Harris #R58741 | COURT CASE NUMBER: 10 C 6666 |
| DEFENDANT: Correctional Officer M. Martieri | TYPE OF PROCESS: S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cook County Department of Corrections (Cook County Jail)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2650 So. California Av. Chicago, IL 60608

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald Harris #R58741
Pontiac Correctional Center
700 W. Lincoln Av. Box 99
Pontiac, IL 61764

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The above named defendant is a Correctional Offficer at the Cook County Jail, last known location was division ten of the jail. Latin American descent, 5' 4', 340 to 350 pounds, with last known Red/Burgundy hair.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: none
DATE: June 13, 2011

*Ronald Harris* [signature]

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than once USM 285 is submitted) | Total Process | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 6/21/11 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

**FILED**
JUL X 1 2011
JUL 1 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date of Service: 6/30/2011
Time: 1130 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: 1 DUSM 10 Miles Rd trp 2 hours (NO FORWARDING ADDRESS IS KNOWN)
NOT M. MARTIERI
Officer R. Martieri is no longer employed by Cook Jail (DOC)

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

## ALIAS SUMMONS

Ronald Harris

R-58741

IN A CIVIL ACTION

CASE NO: **10-cv-6666**

VS.

Assigned Judge: John W. Darrah
Designated Magistrate Judge: Morton Denlow

Thomas J. Dart, et al.,

TO: **Officer Martierie**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney:

NAME: Ronald Harris
ADDRESS: R-58741
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

answer to the complaint which is herewith served upon you, within [21] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

June 10, 2011
Date

Haydee Pawlowski
Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                Date                    Signature of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.