

**From:** Ronald Harris
Reg: R58741
Pontiac Correctional Center
700 W. Lincoln Av. Box 99
Pontiac, IL 61764

**FILED**

SEP 13 2011
SeP 13 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

To: Hon. John W. Darrah
219 South Dearborn Street
Chicago, Illinois 60604

September 7th, 2011

**Re:** Harris v. Dart, 10 C 6666, Harris v. Dart, 11 C 379, and Harris v. Dart, 11 C 380;

Dear Judge Darrah:

The above referenced ceses are pending before the Court. On or about July 20, 2011, I wrote to the Clerk requesting a status on the above cases, the Clerk responded by sending me a status on August 4, 2011, attached with the latest docket entry in my cases. **(see attached)**

The latest docket entry for Harris v. Dart, 10 C 6666 "(6/16/2011) minute 32 entry before Honorable John W. Darrah: status hearing and ruling on motion hearing held. Plaintiff's motion for appointment of counsel is granted 27", The Court appointed **Randall Lee Oyler (Mr. Oyler) Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg, of 333 West Wacker Drive, Suite 2700, Chicago, Ill 60606, (312) 984-3100,** to represent the plaintiff. The Court also appointed Mr. Oyler in the other two related cases by the plaintiff, Harris v. Dart, 11 C 379 and 11 C 380 Harris v. Dart. **(see attached entry order)**

The status hearing dates for the cases was set for August 30, 2011, at 9:30 a.m.. As of the above date, I have not received any form of confirmation from Mr. Oyler of his representation, in fact, on August 18, 2011, I wrote Mr. Oyler at the address provided by the Court on it's minute entry (32) (see attached letter and docker entry) the letter was returned clearly stating **"return to sender"**, I also called the number

indicated on the docket entry provided in the minute entry, only to be told it was the wrong number. Enclosed are courtesy copies of:

- Letter from the Plaintiff to Randall Lee Oyler;
- Docket Entry Sheet of the aobve cases provided by the Clerk; and
- Response to plaintiff request from the Clerk.

Very truly yours.

/s/ Ronald Harris
Reg: R58741
Pontiac Correctional Center
700 W. Lincoln Av. Box 99
Pontiac, IL 61764

Enclosure
cc: Donna M. Lach
    Assistant State's Attorney



THIS CORRESPONDENCE IS FROM AN INMATE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS

From: Ronald Harris
Reg: R58741
Pontiac Correctional Center
700 W. Lincoln Av. Box 99
Pontiac, IL 61764

To: Randall Lee Oyler, Barack, Ferrazzano, Kirschbaum,
Perlman & Nagelberg,
333 W. Wacker Drive - Suite 2700
Chicago, Illinois 60606
Att: Mr. Randal

CONFIDENTIAL LEGAL CORR

NIXIE   605  DE  1      00  08/30/11
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 51764232300    *0990-07075-22-41





# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

*Prisoner Correspondence

Date: 8-4-11

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service showing that you mailed copies to all parties are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with FED. R. CIV. P. 5. Any requests for court action must be made by motion (such as "motion for an extension of time"). **No judge's name should appear on the outside of the envelope; letters should be addressed to the Clerk of Court (in care of the Prisoner Correspondent, if you are incarcerated).**

☐ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. *See* FED. R. CIV. P. 10(a).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F.3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also Jones v. Sheahan*, 2002 WL 959814 (N.D. Ill. 2002).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, for all cases filed in this court, and for any appeals to the U.S. Court of Appeals for the Seventh Circuit.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filing fees.

☐ Status request. As of this date, the Court has taken no further action on the requested case. When an order is entered, you will be promptly notified by mail.

☒ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. *See* FED. R. CIV. P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*The Prisoner Correspondence Office is the part of the Clerk's Office, which processes all mail from inmates.
**Continued on reverse side**

☐ Contact: Attorney Registration and Disciplinary Commission of the Illinois Supreme Court (ARDC)
    One Prudential Plaza
    130 E. Randolph Drive, Suite 1500
    Chicago IL 606901

☐ For copies of collected, bound reported court opinions, contact:
    West (Publishing) Headquarters
    610 Opperman Drive
    Egan, MN 55123    1-651-687-7000    Or 1-800-344-5008

☐ Local Rule 5.1 (N.D. Ill.) requires that "all materials shall be filed in the divisional office of the division to which the case is assigned." Your case is assigned to the **Western Division**. Send all requests and documents related to this case to the Western Division at:
    U.S. District Court for the Northern District of Illinois
    211 South Court St. – Room 252
    Rockford, IL 61101

☐ The Local Rules for U.S. District Court, Northern District of Illinois, are available online at www.ilnd.uscourts.gov. However, if you want a copy mailed to you, the fee is $10.50 payable to Clerk, U.S. District Court. Send the fee and your request to:
    Clerk, U.S. District Court
    Attn: Cashier
    219 S. Dearborn - 20th floor
    Chicago, IL 60604

☐ The Federal Rules of Civil, Criminal, Bankruptcy, Evidence or Appellate Procedures are available online at www.ilnd.uscourts.gov. However, if you want a hard copy, contact:
    Superintendent of Documents
    U.S. Government Printing Office
    732 North Capitol Street, N.W.
    Washington, D.C. 20402

☐ Pursuant to Local Rule 5.6 (N.D. Ill.), no pleading, motion [except for motion to intervene], or other document shall be filed in any case by any person who is not a party thereto, unless approved by the court. Without such an order, the clerk shall not accept any document sent in by a person who is not a party.

☐ We cannot comply with your request to backdate-stamp your documents. If you want received-stamped copies returned to you, they must be received at the time of filing. Accordingly, your documents are being returned to you.

☐ You filed your case under an alias, and not the name under which you are incarcerated. Your mail at the institution must be addressed to you under your institutional name. Therefore, unless you inform the court in writing of your correct name, and ask the court to remove your alias name, you will not receive any further notices from the court.

☐ Other: _____

_____

From: Ronald Harris
Reg: R58741
Pontiac Correctional Center
700 W. Lincoln Av. Box 99
Pontiac, IL 61764

To: Randall Lee Oyler, Barack, Ferrazzano, Kirschbaum,
Perlman & Nagelberg, 333 West Wacker Drive, Suite
2700, Chicago, IL, 60606 (312) 984-3100
**Att: Mr. Randall Lee Oyler:**

August 18, 2011

In re: Civil case numbers 10 C6666, 11 C0379, and 11 C0380.

Dear Mr. Oyler:

After not receiving status on the above case numbers, I contacted the Clerk of the United States District Court, on August 4, 2011 requesting an status, I was sent a docketentry sheet, that informed me that your firm/you was appointed by the Court ro represent me in Civil case numbers 10 C6666, on June 16, 2011. [32 minute entry before Honorable John W. Darrah]

On June 20, 2011, the Court also appointed you to represent me in two related cases. 11 C0379, Harris v. Dart, and 11 C0380, Harris v. Dart.

As of the above date, I have not received confirmation from you, of this representation. Please inform me of your position regarding this matter.

Thank you in advance for your attention and help.

Sincerely.

**10 C 6666 (Judge Darrah)**

06/08/2011   26   MINUTE entry before Honorable John W. Darrah: The Clerk is directed to issue alias summons to Officer Martierie, and the U.S. Marshal is directed to make all reasonable efforts to serve him. When Plaintiff receives the USM-285 forms from the Marshal, he must provide more information in order to identify defendant Martierie, such as a first name and/or badge number or a physical description or the shif and location and time and date of the incident. The information shall be sued only for purposes of effectuating service and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file nor disclosed by the Marshal. Mailed notice (hp, ) (Entered: 06/09/2011)

06/10/2011   ALIAS Summons Issued one original and one copy and one copy of amended complaint along with two certified copies of minute order dated 6/8/2011 as to defendant Officer Marticrie to the U.S. Marshal's Office for service. (hp, ) (Entered: 06/10/2011)

06/13/2011   27   MOTION by Plaintiff Ronald Harris for appointment of counsel (Exhibit) (hp, ) (Entered: 06/14/2011)

06/13/2011   28   MEMORANDUM by Ronald Harris of law in support of his motion for the appointment of counsel 27 (hp, ) (Entered: 06/14/2011)

06/13/2011   29   AFFIDAVIT by Plaintiff Ronald Harris in Support of his motion for appointment of counsel 27 (hp, ) (Entered: 06/14/2011)

06/13/2011   30   NOTICE of filing by Ronald Harris re MOTION by Plaintiff Ronald Harris to appoint counsel 27 , memorandum in support of motion [ 28] (hp, ) (Entered: 06/14/2011)

06/14/2011   31   NOTICE of Correction regarding notice of filing 30 . The incorrect file date was entered. (hp, ) (Entered: 06/14/2011)

06/16/2011   32   MINUTE entry before Honorable John W. Darrah: Status hearing and ruling on motion hearing held. Plaintiff's motion for appointment of counsel is granted 27 . The Court appoints Randall Lee Oyler, Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg, 333 West Wacker Drive, Suite 2700, Chicago, Il., 60606, (312) 984-3100, Email: randall.oyler@bfkpn.com, to represent the plaintiff. Status hearing date of 8/24/11, stated on the record, is re-set to 8/30/11 at 9:30 a.m. The Court will also appoint Mr. Oyler in two other related cases by the plaintiff, 11 C 379, Harris v. Dart, and 11 C 380, Harris v. Dart. Mailed notice (hp, ) (Entered: 06/20/2011)

07/01/2011   33   SUMMONS Returned Unexecuted by U.S. Marshals Service as to Officer Martierie. (hp, ) (Entered: 07/05/2011)

<u>11 C 0379 (Judge Darrah)</u>

03/31/2011     12     MINUTE entry before Honorable John W. Darrah: Plaintiff has paid the $350 filing fee. His motion for an extension of time to pay 6 is denied as unnecessary. The clerk is directed to issue summonses of the complaint, through the U.S. Marshal's Service, on Tom Dart, Salvador Godinez, Chester Plaxico, Lieutenant Blunt, and Cook County. The Clerk shall also forward to Plaintiff instructions for filing documents and a magistrate judge consent form. Mailed notice [For further details see minute order.](ea, ) (Entered: 04/04/2011)

04/04/2011          SUMMONS issued, five originals and five copies, five copies of complaint and two certified copies of minute order dated 3/31/11 to the U.S. Marshal's Office for service as to Defendants Lt. Blunt, County Of Cook, Thomas J Dart, Salvador Godinez, Chester Plexico. (ea, ) (Entered: 04/04/2011)

04/04/2011          MAILED instructions for filing documents and a magistrate judge consent from along with a copy of an order dated 3/31/11 to Ronald Harris. (ea, ) (Entered: 04/04/2011)

04/29/2011     13     SUMMONS Returned Executed by U.S. Marshals Service as to Lt. Blunt on 4/27/2011, answer due 5/18/2011. (ea, ) (Entered: 05/03/2011)

04/29/2011     14     SUMMONS Returned Executed by U.S. Marshals Service as to Chester Plexico on 4/27/2011, answer due 5/18/2011. (ea, ) (Entered: 05/03/2011)

04/29/2011     15     SUMMONS Returned Executed by U.S. Marshals Service as to Salvador Godinez on 4/27/2011, answer due 5/18/2011. (ea, ) (Entered: 05/03/2011)

05/09/2011     17     SUMMONS Returned Executed by U.S. Marshals Service as to Thomas J Dart on 5/6/2011, answer due 5/27/2011. (ea, ) (Entered: 05/18/2011)

05/12/2011     16     SUMMONS Returned Executed by U.S. Marshals Service as to County Of Cook on 5/10/2011, answer due 5/31/2011. (ea, ) (Entered: 05/16/2011)

05/27/2011     18     ATTORNEY Appearance for Defendants Lt. Blunt, County Of Cook, Thomas J Dart, Salvador Godinez, Chester Plexico by Lilianna Maria Kalin (Kalin, Lilianna) (Entered: 05/27/2011)

05/27/2011     19     MOTION by Defendants Lt. Blunt, County Of Cook, Thomas J Dart, Salvador Godinez, Chester Plexico for extension of time to file answer (Kalin, Lilianna) (Entered: 05/27/2011)

05/27/2011     20     NOTICE of Motion by Lilianna Maria Kalin for presentment of motion for extension of time to file answer 19 before Honorable John W. Darrah on 6/2/2011 at 09:30 AM. (Kalin, Lilianna) (Entered: 05/27/2011)

05/31/2011     21     MINUTE entry before Honorable John W. Darrah: Defendants' motion for

an extension of time to answer 19 is granted to 7/12/11. Status hearing set for 8/30/11 at 9:30 a.m. Mailed notice(maf) (Entered: 05/31/2011)

06/20/2011  22  MINUTE entry before Honorable John W. Darrah: The Court having granted plaintiff's motion for appointment of counsel in the lead related case, 10 C 6666, Harris v. Dart, the Court will appoint the same attorney to represent the plaintiff in plaintiffs two related cases, 11 C 379, Harris v. Dart, and 11 C 380, Harris v. Dart. The Court appoints: Randall Lee Oyler, Barack, Ferrazzano, Kirschbaum, Perlman & Nagelberg, 333 West Wacker Drive, Suite 2700, Chicago, Il., 60606, (312) 984-3100, Email: randall.oyler@bfkpn.com, to represent the plaintiff. Status hearing set for 8/30/11 at 9:30 a.m. Mailed notice (ea, ) (Entered: 06/21/2011)

07/12/2011  23  ANSWER to Complaint with Jury Demand by Lt. Blunt, County Of Cook, Thomas J Dart, Salvador Godinez, Chester Plexico(Kalin, Lilianna) (Entered: 07/12/2011)

07/12/2011  24  NOTICE by Lt. Blunt, County Of Cook, Thomas J Dart, Salvador Godinez, Chester Plexico re answer to complaint 23 (Kalin, Lilianna) (Entered: 07/12/2011)

11 C 0380 (Judge Darrah)

03/28/2011  10  MINUTE entry before Honorable John W. Darrah: The plaintiff's motion for an extension of time 6 is granted. The plaintiff is granted an enlargement of time until April 18, 2011, to pay the full $350 filing fee.Mailed notice (lp, ) (Entered: 03/31/2011)

03/28/2011  11  MINUTE entry before Honorable John W. Darrah: The plaintiff having paid the statutory filing fee, his motion for an extension of time 6 is denied as moot. The clerk is directed to issue summonses for service on the defendants by the U.S. Marshal. The clerk is further directed to send the plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order. [For further details see Written Opinion.]Mailed notice (lp,) (Entered: 04/01/2011)

04/01/2011  SUMMONS Issued, 5 copies, 5 originals, 5 copies of complaint, 2 certified copies of the minute order dated 3/28/11 to the U.S. Marshal's Service for service as to Defendants Blunt, County Of Cook, Thomas J. Dart, Salvador Godinez, Chester Plexico. (lp, ) (Entered: 04/01/2011)

04/01/2011  MAILED a Magistrate Judge Consent Form and Instructions for Submitting Documents, and a copy of the minute order dated 3/28/2011 to plaintiff. (lp, ) (Entered: 04/01/2011)

04/29/2011  12  SUMMONS Returned Executed as to Salvador Godinez, on 4/27/2011, answer due 5/18/2011; Chester Plexico on 4/27/2011, answer due 5/18/2011; and Lt. Blunt on 4/27/2011, answer due 5/18/2011. (Attachments: # 1 # 2 (lp, ) (Entered: 05/03/2011)

05/09/2011  14  SUMMONS Returned Executed as to Thomas J. Dart on 5/6/2011, answer

due 5/27/2011. (lp, ) (Entered: 05/18/2011)

05/12/2011     13     SUMMONS Returned Executed as to County Of Cook on 5/10/2011, answer due 5/31/2011. (lp, ) (Entered: 05/13/2011)

05/27/2011     15     ATTORNEY Appearance for Defendants Blunt, County Of Cook, Thomas J. Dart, Salvador Godinez, Chester Plexico by Lilianna Maria Kalin (Kalin, Lilianna) (Entered: 05/27/2011)

05/27/2011     16     MOTION by Defendants Blunt, County Of Cook, Thomas J. Dart, Salvador Godinez, Chester Plexico for extension of time to file answer (Kalin, Lilianna) (Entered: 05/27/2011)

05/27/2011     17     NOTICE of Motion by Lilianna Maria Kalin for presentment of motion for extension of time to file answer 16 before Honorable John W. Darrah on 6/2/2011 at 09:30 AM. (Kalin, Lilianna) (Entered: 05/27/2011)

05/31/2011     18     MINUTE entry before Honorable John W. Darrah: Defendants' motion for an extension of time to answer 16 is granted to 7/12/11. Status hearing set for 8/30/11 at 9:30 a.m. Mailed notice(maf) (Entered: 05/31/2011)

06/20/2011     19     MINUTE entry before Honorable John W. Darrah:The Court having granted plaintiffs motion for appointment of counsel in the lead related case, 10 C 6666, Harris v. Dart, the Court will appoint the same attorney to represent the plaintiff in plaintiffs two related cases, 11 C 379, Harris v. Dart, and 11 C 380, Harris v. Dart. The Court appoints: Randall Lee Oyler, Barack,Ferrazzano, Kirschbaum, Perlman & Nagelberg, 333 West Wacker Drive, Suite 2700, Chicago, Il., 60606, (312) 984-3100, Email: randall.oyler@bfkpn.com, to represent the plaintiff. Status hearing set for 8/30/11 at 9:30 a.m. Mailed notice (lp, ) (Entered: 06/20/2011)

07/12/2011     20     ANSWER to Complaint with Jury Demand by Blunt, County Of Cook, Thomas J. Dart, Salvador Godinez, Chester Plexico(Kalin, Lilianna) (Entered: 07/12/2011)

07/12/2011     21     NOTICE by Blunt, County Of Cook, Thomas J. Dart, Salvador Godinez, Chester Plexico re answer to complaint 20 (Kalin, Lilianna) (Entered: 07/12/2011)