## BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

200 WEST MADISON STREET, SUITE 3900
CHICAGO, ILLINOIS 60606

**Randall L. Oyler**
(312) 984-3194
Voice Mail Ext. 4194
randall.oyler@bfkn.com

Telephone (312) 984-3100
Facsimile (312) 984-3150

September 22, 2011

**VIA ECF**

Honorable John W. Darrah
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

    Re:    *Harris v. Dart*, Case No. 10-C-6666
             *Harris v. Dart*, Case No. 11-C-0379
             *Harris v. Dart*, Case No. 11-C-0380

Dear Judge Darrah:

    I am responding to the letter filed by my client, Ronald Harris, with the court on September 13, 2011. Please be advised that all matters in the letter have been addressed through appropriate communications to Mr. Harris

Very truly yours,

Randall L. Oyler

RLO/lsx

cc:    Ronald Harris

722533v1