# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6666 | **DATE** | 1/23/2012 |
| **CASE TITLE** | Harris vs. Dart | | |

**DOCKET ENTRY TEXT**

The Court's 1/17/12 order is amended to reflect that the protective order is entered in error, therefore the clerk shall remove the protective order from the docket. Entry #42. The clerk shall also remove the amended complaint, docket entry #43.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|