**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Ronald Harris

                              Plaintiff,

v.                                                  Case No.: 1:10−cv−06666
                                                    Honorable John W. Darrah

Thomas J. Dart, et al.

                              Defendant.

 

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

 

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Honorable Morton Denlow for the purpose of holding proceedings related to: a settlement
conference.Mailed notice. (maf)

 

Dated: February 21, 2012

                                                    /s/ John W. Darrah
                                    _____
                                                    United States District Judge